GEIGY CO., INC. *v.* UNITED STATES

**No. 4521.**—Invoice dated Basel, Switzerland, August 19, 1938.
Certified August 22, 1938.
Entered at New York, November 15, 1938.
Entry No. 723428.

(Decided February 14, 1939)

*Arthur A. Beaudry* for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is $4.137 per pound. Judgment will be rendered accordingly.

GEIGY CO., INC. *v.* UNITED STATES

**No. 4522.**—Invoice dated Basel, Switzerland, May 6, 1938.
Certified May 9, 1938.
Entered at New York, May 18, 1938.
Entry No. 854736.

(Decided February 14, 1939)

*Arthur A. Beaudry* for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is $3.264 per pound. Judgment will be rendered accordingly.